AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>A 2011 JEEP PATRIOT, BEARING VEHICLE IDENTIFICATION NUMBER 1J4NF1GB6BD156857 | Case No. 2:20-cr-107-1 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Vermont _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

A 2011 Jeep Patriot, bearing VIN 1J4NF1GB6BD156857

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____12/24/2020_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____Hon. John M. Conroy_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  Dec. 10, 2020    10:05 am                  *Judge's signature*

City and state:  Burlington, Vermont                  Hon. John M. Conroy, United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-cr-107-1 | Date and time warrant executed: 12/17/20 @ approximately 12:30 pm | Copy of warrant and inventory left with: n/a |
| Inventory made in the presence of: Sgt. James Phelps | | |

Inventory of the property taken:

Vehicle seized. All personal property removed and returned

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/21/21

_____
Executing officer's signature

SA Colin M. Simons
Printed name and title